UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BOBBY JOE HIBBS
  a/k/a "bbby_hbbs"
  a/k/a "bobby hibbs"

CASE NO. 3:07-cr-1074-33MCR
Ct 1:   18 U.S.C. § 2422(b)
Ct. 2:   18 U.S.C. §§ 2252(a)(1)
           & 2252(b)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about January 22, 2007 through on or about May 2, 2007, at Jacksonville, in the Middle District of Florida, in the District of Wyoming, in the Northern District of Alabama, and elsewhere,

BOBBY JOE HIBBS,
a/k/a "bbby_hbbs,"
a/k/a "bobby hibbs,"

defendant herein, by means of a facility of interstate and foreign commerce, that is, by computer via the Internet, did knowingly and intentionally attempt to persuade, induce, entice, and coerce B.S., a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense under the laws of the State of Florida, that is, the crime of lewd or lascivious conduct on a person less than 16 years of age, which would be a violation of Section 800.04, Florida Statutes.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about January 22, 2007, at Jacksonville, in the Middle District of Florida, in the District of Wyoming, and elsewhere,

> BOBBY JOE HIBBS,
> a/k/a "bbby_hbbs,"
> a/k/a "bobby hibbs,"

defendant herein, did knowingly transport and ship in interstate and foreign commerce, by any means, including by computer, a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled "girl have fun.mpg."

In violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, BOBBY JOE HIBBS, a/k/a "bbby_hbbs," a/k/a "bobby hibbs," shall forfeit to the United States of America, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;
has been substantially diminished in value; or

d. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(o).

A TRUE BILL,

*Ed Howell*
Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
BRIAN M. KANE
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BOBBY JOE HIBBS
a/k/a "bbby hbbs"
a/k/a "bobby hibbs"

## INDICTMENT

Violations:

Count 1: 18 U.S.C. § 2422(b)
Count 2: 18 U.S.C. § 2252(a)(1) & 18 U.S.C. § 2252(b)(1)

A true bill,

_____
Foreperson

Filed in open court this 3rd day

of May, A.D. 2007

_____
Clerk

Bail $ _____

GPO 863 525