CLOSED

# U.S. District Court
# Northern District of Alabama (Northeastern)
# CRIMINAL DOCKET FOR CASE #: 5:07-mj-00523-HGD-ALL
# Internal Use Only

Case title: USA v. Hibbs
Other court case number: 3:07-cr-107-J-33MCR Middle District of Florida, Jacksonville

Date Filed: 05/04/2007

*[Stamp: MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE, FLORIDA — 2007 MAY 24 PM 1:43 FILED]*

Assigned to: Magistrate-Judge Harwell G Davis, III

## Defendant

**Bobby Joe Hibbs** (1)
*TERMINATED: 05/09/2007*
also known as
bbby hbbs (1)
*TERMINATED: 05/09/2007*
also known as
bobby hibbs (1)
*TERMINATED: 05/09/2007*

represented by **J Brice Callaway**
116 South Side Square
Huntsville, AL 35801
1-256-536-7707
Email: assistant@bricecallaway.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

## Pending Counts
None

## Highest Offense Level (Opening)

## Disposition

TRUE COPY:
By: *[signature]*

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2422.F, 18:2252A.F | |

---

**Plaintiff**

USA            represented by    **Alice H Martin, US Attorney**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
244-2001
Email: alice.martin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Marshal**
UNITED STATES MARSHAL'S OFFICE
1729 5th Avenue, North
Birmingham, AL 35203
731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Probation**

UNITED STATES PROBATION OFFICE
1729 5th Avenue, North
Birmingham, AL 35203
278-2100
Email: alnpdb_cmecf@alnp.uscourts.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Stuart Burrell**
US ATTORNEY'S OFFICE
400 Meridian Street, Suite 304
Huntsville, AL 35801
256-534-8285
Fax: 256-539-3270
Email: mary.stuart.burrell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2007 |  | Arrest of Bobby Joe Hibbs (SHB, ) (Entered: 05/08/2007) |
| 05/04/2007 | 1 | Indictment from USDC/MDFL by USA as to Bobby Joe Hibbs (SHB, ) (Entered: 05/08/2007) |
| 05/04/2007 |  | Minute Entry for proceedings held before Judge Harwell G Davis III:Initial Appearance as to Bobby Joe Hibbs held on 5/4/2007; charges and rights explained; dft deemed eligible for court appt atty; Added attorney J Brice Callaway for Bobby Joe Hibbs as cja counsel; govt. requested detention; Detention Hearing set for 5/9/2007 01:30 PM before Magistrate- |

| | | |
|---|---|---|
| | | Judge Robert R Armstrong in Birmingham, AL; dft remanded to custody of USM. (Tape #FTR.) (SHB, ) (Entered: 05/08/2007) |
| 05/09/2007 | | Minute Entry for proceedings held before Judge Robert R Armstrong :Detention Hearing as to Bobby Joe Hibbs held on 5/9/2007; deft present with counsel Brice Callaway, ausa Vincent Carrol present; gov't offered testimony by way of proffer; deft's testimony by proffer; bond denied; deft remanded back to the M.D. of Florida, deft remanded to custody of USM; hrg adj. (Court Reporter Julie Martin.) (SLF, ) (Entered: 05/09/2007) |
| 05/09/2007 | 2 | ORDER of detention as to Bobby Joe Hibbs . Signed by Judge Robert R Armstrong on 05/09/2007. (SLF, ) (Entered: 05/09/2007) |
| 05/09/2007 | | Bobby Joe Hibbs terminated. Case closed and case file mailed to the Middle District of Florida, Jacksonville on 5/21/2007. (SLF, ) (Entered: 05/21/2007) |

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | USA v. Hibbs; 05-07-mj-523-HGD | | |
|---|---|---|---|
| **Date** | 5 / 9 /2007 | **Location** | Judge Armstrong |

| Time | Speaker | Note |
|---|---|---|
| 1 :38:10 PM | Judge RRA | Detention hrg held before RRA; deft present with counsel Brice Callaway; ausa Vince Carroll, present; gov't offered testimony by way of proffer; deft's argument by way of proffer; bond denied; deft remanded back to the M.D. of Florida; deft remanded to custody of USM; hrg adj. |
| 1 :38:30 PM | Carroll, ausa | |
| 1 :38:52 PM | Judge RRA | |
| 1 :39:01 PM | Callaway, deft atty | |
| 1 :39:41 PM | Judge RRA | gov't asked for detention |
| 1 :40:14 PM | Carroll, ausa | gov't makes proffer to the court |
| 1 :43:46 PM | Brice, deft atty | arguments |
| 1 :45:47 PM | Judge RRA | |
| 1 :45:53 PM | Carroll, ausa | |
| 1 :46:06 PM | Judge RRA | |
| 1 :46:27 PM | Callaway, deft atty | |
| 1 :46:56 PM | Judge RRA | |
| 1 :47:00 PM | Callaway, deft atty | |
| 1 :47:09 PM | deft son | |
| 1 :47:32 PM | Judge RRA | Bond denied deft remanded back to the Middle Disgtrict of Florida |
| 1 :48:41 PM | Callaway, deft atty | |
| 1 :49:48 PM | Judge RRA | hrg adj. |

FILED
2007 May-09 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 5:07-mj-523-HGD |
| ) | |
| BOBBY JOE HIBBS, ) | |
| ) | |
| Defendant. ) | |

## DETENTION ORDER

The defendant is charged in the Middle District of Florida, Jacksonville Division, with violations of 18 U.S.C. §§ 2422(b), 2252(a)(1), and 2252(b)(1). The pre-trial services report was presented to the court and the parties, and counsel for the government and the defendant made proffers. This is a presumption case for detention.

In 2004, this fifty-seven year old defendant pled guilty to two charges of having sexual intercourse with a child. His probation in those cases was revoked in September of 2004, and the defendant was sentenced to serve 255 days in jail. The instant offenses allegedly occurred in January of 2007. The pre-trial services report shows that the defendant had a theft conviction in 1974 and a burglary conviction in 1975. The defendant has a spotty employment record, and has had residences in several states.

After consideration of the factors set out in 18 U.S.C. 3142 (g), it is found that no condition or combination of conditions can be imposed upon this defendant's release which would reasonably assure his appearance in court as required or the safety of the community.

TRUE COPY:

Wherefore, it is hereby ORDERED that the defendant be held without bond, pending disposition of this case. The U.S. Marshal for the Northern District of Alabama shall transport the defendant to the charging district as soon as practicable. It is further ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with counsel. On order of this court or on request from an attorney for the United States, the person in charge of the corrections facility in which the defendant is confined will deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

DONE and ORDERED this 9th day of May, 2007.

*Robert R. Armstrong*
Robert R. Armstrong, Jr.
United States Magistrate Judge

MAY-04-2007 10:18 FROM:US ATTORNEY        9043016310           TO:256 539 3270         P.2
Case 5:07-mj-00523-HGD    Document 1   Filed 05/04/2007    Page 1 of 3

FILED
2007 May-08 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BOBBY JOE HIBBS
 a/k/a "bbby_hbbs"
 a/k/a "bobby hibbs"

CASE NO. 3:07-cr-107-J-33 MCR
Ct 1:   18 U.S.C. § 2422(b)
Ct. 2:  18 U.S.C. §§ 2252(a)(1)
        & 2252(b)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about January 22, 2007 through on or about May 2, 2007, at Jacksonville, in the Middle District of Florida, in the District of Wyoming, in the Northern District of Alabama, and elsewhere,

BOBBY JOE HIBBS,
a/k/a "bbby_hbbs,"
a/k/a "bobby hibbs,"

defendant herein, by means of a facility of interstate and foreign commerce, that is, by computer via the Internet, did knowingly and intentionally attempt to persuade, induce, entice, and coerce B.S., a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense under the laws of the State of Florida, that is, the crime of lewd or lascivious conduct on a person less than 16 years of age, which would be a violation of Section 800.04, Florida Statutes.

In violation of Title 18, United States Code, Section 2422(b).

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
     Deputy Clerk

## COUNT TWO

On or about January 22, 2007, at Jacksonville, in the Middle District of Florida, in the District of Wyoming, and elsewhere,

> BOBBY JOE HIBBS,
> a/k/a "bbby_hbbs,"
> a/k/a "bobby hibbs,"

defendant herein, did knowingly transport and ship in interstate and foreign commerce, by any means, including by computer, a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled "girl have fun.mpg."

In violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, BOBBY JOE HIBBS, a/k/a "bbby_hbbs," a/k/a "bobby hibbs," shall forfeit to the United States of America, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

2

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or

d. and  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(o).

A TRUE BILL,

*Ed Howell*
Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
BRIAN M. KANE
Assistant United States Attorney
Chief, Jacksonville Division

3