```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                   CASE NO. 3:07-cr-107-J-33MCR

BOBBY JOE HIBBS
_____/
```

## FINAL JUDGMENT OF FORFEITURE

This matter comes before the Court pursuant to the Motion of the United States for Issuance of a Final Judgment of Forfeiture (Doc. # 36), which was filed October 6, 2008. The Government seeks an order forfeiting the Defendant Bobby Joe Hibbs' interest in the following to the United States pursuant to 18 U.S.C. § 2253 and 18 U.S.C. § 2428:

    a.   A Dell Optiplex computer, serial no. GM4NA;

    b.   Six (6) compact disks (CD-ROM);

    c.   Eight (8) 3.5 inch floppy disks;

    d.   Two (2) pornographic digital video disks (DVD); and

    e.   A Compaq laptop computer, serial no. CN30301542, together with webcam and audio headset.

For the reasons that follow, the Government's motion is due to be granted.

**I.**   **Background**

On May 3, 2007, Defendant was charged in a two count

indictment for violation of 18 U.S.C. § 2422(b), 18 U.S.C. § 2252(a)(1), and 18 U.S.C. § 2252(b)(1). (Doc. # 1). On August 9, 2007, Defendant entered his plea of guilty to counts one and two of the indictment without the benefit of a plea agreement. (Doc. # 21).  Also on August 9, 2007, the Government filed its Notice of Maximum Penalties, Elements of Offense, Personalization of Elements, and Factual Basis. (Doc. # 21). The Government's detailed Notice of Maximum Penalties, Elements of Offense, Personalization of Elements, and Factual Basis (Doc. # 21) provides the requisite nexus for forfeiture of the aforementioned computer equipment, materials, and items.

On November 25, 2007, this Court entered its Preliminary Order of Forfeiture (Doc. # 25) as to the aforementioned computer equipment, materials, and items.

On November 29, 2007, the undersigned sentenced Defendant to a 210 month term of imprisonment to be followed by a lifetime of supervised release. (Doc. # 26).  Judgment reflecting Defendant's sentence was issued by this Court on November 29, 2007. (Doc. # 29).

**II.  <u>Forfeiture Analysis</u>**

On September 5, 2008, the Government filed its Declaration of Publication, indicating that its Notice of

2

Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. # 32).

In addition, on September 18, 2008, the Government filed various proofs of publication as to the aforementioned computer equipment, materials, and items. (Doc. ## 33, 34). Specifically, in accordance with 18 U.S.C. § 2253(b) and 18 U.S.C. § 2428(b), the Government published its Notice of Forfeiture in <u>The Huntsville Times</u>, Madison County, Alabama on July 18, 25, and August 1, 2008 (Doc. # 33), and <u>The Financial News and Daily Record</u>, Duval County, Florida on July 2, 9, and 16, 2008 (Doc. # 34).

Accordingly, after due consideration, with no claims having been filed and upon finding that the time to file claims has expired, it is hereby

**ORDERED, ADJUDGED, and DECREED:**

(1) The Motion of the United States for Issuance of a Final Judgment of Forfeiture (Doc. # 36) is **GRANTED.**

(2) The following computer equipment, materials and items be, and hereby are, forfeited to the United States of America pursuant to 18 U.S.C. § 2253 and 18 U.S.C. § 2428:

      a.   A Dell Optiplex computer, serial no. GM4NA;

      b.   Six (6) compact disks (CD-ROM);

      c.   Eight (8) 3.5 inch floppy disks;

      d.   Two (2) pornographic digital video disks (DVD); and

      e.   A Compaq laptop computer, serial no. CN30301542, together with webcam and audio headset.

(3) The United States Marshals Service shall make appropriate disposition of the forfeited computer equipment, materials, and items in accordance with the law.

**DONE** and **ORDERED** in Jacksonville, Florida, this 9th day of October, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
U.S. Marshals Service